IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTT A. SELDIN, | ) | 8:16CV372 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THEODORE M. SELDIN, | ) | |
| STANLEY C. SILVERMAN, and | ) | |
| MARK SCHLOSSBERG, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the parties' stipulation (Filing No. 8), treated as a motion, is granted, and the deadline for Defendants Theodore M. Seldin and Stanley C. Silverman to respond to Plaintiff's Motion To Order Trustees To Account (Filing No. 2) is extended to October 3, 2016.

DATED this 9th day of August, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

-1-