IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTT A. SELDIN, Plaintiff, v. THEODORE M. SELDIN, STANLEY C. SILVERMAN, and MARK SCHLOSSBERG, Defendants. | 8:16CV372 ORDER |

This matter is before the Court on the mandate of the Eighth Circuit Court of Appeals ("Eighth Circuit") in Court of Appeals Case No. 18-3679, Filing No. 58. Plaintiff Scott A. Seldin appealed this Court's order of dismissal pursuant to a mandate in connection with his earlier appeal, *see Seldin v. Seldin*, 879 F.3d 269, 273 (8th Cir. 2018). Filing Nos. 53, Order; Filing No. 54, Notice of Appeal. Filing No. 53, Order; Filing No. 54, Notice of Appeal. The Eighth Circuit found no cause for reversal and affirmed pursuant to 8th Cir. R. 47B. Filing No. 58. Accordingly,

IT IS ORDERED that this action is dismissed pursuant to the mandate of the United States Court of Appeals for the Eighth Circuit.

DATED this 5th day of November 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge